# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

AUG 03 2007

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

Jonathan Lee Riches A/K/A
"Credit card Czar",
Plaintiff

CASE NO:

VS.

WBH  1 07-CV-1858

MICHAEL VICK; ATLANTA FALCONS NFL TEAM; "PETA" PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS; DONALD F. BAUKNECHT, WARDEN OF FEDERAL CORRECTIONAL INSTITUTION WILLIAMSBURG; HILLSBOROUGH COUNTY JAIL TAMPA FLORIDA INMATE LOOKUP; HUMANE SOCIETY; FEDERAL DISTRICT JUDGE MELINDA HARMON, HOUSTON TX; JASON MICHAEL CARPENTER,

DEFENDANT'S

## COMPLAINT

"THE ILLEGAL INCARCERATION AGAINST ME"
"VIOLATION OF MY 6th AMENDMENT RIGHTS"
"DETERIORATION OF MY HEALTH"

This is a complaint under 42 U.S.C. 1983, civil rights violation by the Constitution and the Laws of the United States; and Federal tort claims inflicted by that include, but not limited to; TORTURE, COPYRIGHT INFRINGEMENT, IDENTITY THEFT, WIRE FRAUD, ILLEGAL DOG FIGHTING, KIDNAPPING, MIND MANIPULATION, EXTORTION, CONSPIRACY, INJURY TO WILDLIFE, RACKETEERING, PHISHING, PHREAKING, HACKING, SLAVERY, TERRORISM, TREASON, PSYCHIATRIC TRAUMA, COUNTERFEITING, GENOCIDE, POISONING, ILLEGAL SEARCH and SEIZURES, STACKING, FALSE INFORMATION, ILLEGAL ELECTRONIC WIRETAPPING.

COMES NOW the Plaintiff Jonathan Lee, Riches © A/K/A "Credit Card Czar" D/B/A "The Nostradamus of commerce", in pro-se, Moves this Honorable Court to issue an order for all Defendants named in this suit to give a response. Moves this Honorable Court to issue a "TRO" Temporary Restraining order against all Defendants, Defendant's siblings, Defendant's vehicles from any further contact with Plaintiff. As Plaintiff is claiming that his Federal and State Constitutional Rights are being violated under the 1st, 2nd, 4th, 5th, 6th, 8th, 13th, and 14th amendment of the Constitution. Relief requested, Plaintiff seeks 662,000,000,000,000.00 Trillion Dollars in British gold, delivered via JB Hunt trucking to the front gates of Federal Correctional Institution, Salters S.C. 29590. Plaintiff Prays this Honorable Court will give him Justice

## 1

Michael Vick, Donald F. Bauknecht warden at FCI Williamsburg, and Federal U.S. District Judge Melinda Harmon, who sentenced me illegally to 125 months, are all collectively in a vast conspiracy to kidnap my mind, hijack my soul. Michael Vick is the ring leader of this operation, from a financial standpoint.

• The first goal of these 3 are to starve me and prevent me from Eating. Vick ordered the warden here to chemically induce my food. I went to a healthy 170 LB's the day I was forced into prison, to 124 Lbs I currently weigh. I stand at 5 ft 10 inches! My ribs stick out and I'm always hungary. I can send any Proof of pictures to this court or anyone upon request. I suffer from Irritable Bowel Syndrome, using the bathroom numerous times a day, yet almost have no energy to reach the toilet. I even have to hand write this lawsuit laying down. This facility puts flouride in the water system, All the foods have pesticides and are rotten. This facility does not serve any fruits

on the commissary. Michael Vick wants my weight to drop until I'm skin and bones. This is a personal grudge Michael Vick has against me because the dog him and his croonies took from me Feb 25, 2003, at my home in Holiday FL had a injury. Michael Vick then could not force my dog, and subject it to dogfighting.

* A recent Article in the Houston Chronicle 2004 by DAN FELDSTEIN "Horror Stories help Crime gain Notoriety" about my Criminal case, did mention that I used a stolen credit card for surgery on my dog, this is because Michael Vick broke it's leg. My dog, which his name was "Chops" was in Debt to him. Dogs are Forbidden to take out home equity loans with Countrywide Financial.

## 2

Michael Vick is in a conspiracy with the Hillsborough County Jail, Tampa Florida website on Inmate Lookups. They posted my copyrighted picture without my consent. This is revenge because I caught Vick betting on Falcons games in 2005.

## 3

Michael Vick and my co-defendant Jason Michael Carpenter from my Houston Criminal case, hacked into my court records in Pennsylvania. Carpenter under Vicks orders sent a botnet trojan horse into my records at Chester County Court of Common Pleas, West Chester PA and put false information in my dockets to make me look evil. Docket No. 4339-96, Says I did a 1996 Bomb threat to Conestoga High School, Docket no. 499-97, Says I did a Sep. 1996 Bomb threat to Fugett Middle School. As these are Lies and propaganda. Carpenter also hacked into the following Dockets; 461-97, 460-97, 500-97, 501-97, 634-97, 633-97, 635-97.

They also stole my mug shot from the Pennsylvania state Police Barracks in Chester County and gave my copyrighted Photo/Name to the Russian KGB without my consent

4

Michael VICK and Donald F. Bauknecht are punishing me in Prison for exposing atrocities at FCI Williamsburg.
- Federal Prison Industries (UNICOR) hired an outside company called "Jingle Networks", having inmates work like a sweat shop answering 1800-Free-411 calls for .12¢ hr. This is a outside company and should be paying inmates min. wage. Further, this is a security danger as inmates have access to listed/unlisted #'s to previous victims, prosecutors, Judges, witnesses, etc. Also, convicted child molesters working in UNICOR have access to minors calling information.
- This facility is in violation under Federal House Bill 1059 and S.C. Code Ann 23-3-430 "Megans Law", convicted child molesters pose a "clear and present danger to all children", forbidden in "Area's where minors congregate", FCI Williamsburgs Visitation Room is in violation of child molesters laws, as the visitation Room is clearly a public place where other inmates families children congregate. I addressed this issue (see Exhibit) regarding measures the facility takes to prevent child molesters from contact with minors in visitation. Should Inmates families have a right to know if a convicted child molester is present? Should molesters be quarantined from public visitors. I personally hate child molesters and they should not be granted a free pass. The prison states nothing can be done. Michael Vick and warden Bauknecht are using revenge on me for exposing the truth

## 5.

Michael Vick used extortion on U.S. District Judge Melinda Harmon in giving me 125 months in Federal prison, case # H-03-90 Southern District of Texas, As Vick would of exposed Bribes and kickbacks Harmon recieved from him in a international dog fighting ring. 4 fights were held on Harmons property.

Michael Vick was also involved with the Panam Flight 103 Explosion in Scotland.

Michael Vick had a sexual relationship with my co-defendant Jason Michael Carpenter. Both pleaded with me in Nov. 2002 to supply their habits. As a law standing, morals and principles, I denied. Both sought revenge on me. Carpenter obtain help with the FBI to secret change me into a super hacker. Forcing my straw man ALL CAPS NAME JONATHAN LEE RICHES into contract.

- I was accused of calling chat lines throughout the country using the handle A/K/A "GINO ROMANO"
- My Indictment H-03-90 in Houston accuses me of taking the Personal information and Identity Janet Reno in Southern Florida, and opening temp. store shopping credit in her name, getting dental work in her name also
- My Indictment H-03-90 in Houston accuses me of taking Sean "P-diddy" Combs citibank card and Authorizing a credit increase to 50 thousand, Adding a female authorized user in the name of "Christie Combs", and having the card sent to A Mail Boxes etc. in Tarpon Springs Florida
- I was accused of hacking into corporate pass codes with choicepoint, Acxium, Quickinfo, lexusnexis, transunion having access to millions of records

6

Michael Vick and U.S. District Judge Melinda Harmon violated my 6th amendment rights on my criminal case #H-03-90-02.

On Sep. 19th, 2003, in a plea agreement, I plead guilty to one count of wire fraud, and one count of conspiracy. In that plea agreement the only monetary amount I plead guilty to was a Western Union wire transfer in the amount of $425 dollars, no other dollar amount. Under federal sentencing guidelines that is Level 6. At sentencing, the government said I was a master mind in a International Identity theft ring, leadership points, etc. Also said I was responsible for $1,624,733 million dollars in relevant conduct 2.B1.1 which was not proven by a Jury, which violated my 6th amendment rights. This monetary amount came from numerous Financial Institutions, banks, credit unions, Department stores, Mortgage companies, telecommunication companies, etc. i.e. Citibank, Bank of America, Western Union, Chase, Capitol 1, Sears, Bloomingdales, JC Penney, First USA, etc.

I filed numerous motions with the courts in Texas against U.S. District Judge Melinda Harmon stating she should of recused herself from my case under 28 U.S.C 455 (A),(B)(C),D(4),B(4),B(5), "Financial interest", "Conflicts of interest", with her and her family members up to the 3rd degree having financial dealings, stock ownership, personal friendships with the financial institutions I was accused of stealing from. My motions were denied for the simple fact that I did not file an affidavit. Judge Harmon also failed to disclose her financial disclosure forms. Michael Vick is responsible for this miscarriage of justice. Harmon gave Vick my personal Identification to get Best Buy credit in my name, while I been in prison Vick also threw snowballs at my car.

## I

- Michael Vick sold drugs in school zones on April 20th, 2006
- Michael Vick is spelled KCIV Leahcim Backwards
- Michael Vick is a NASA creation
- I suffered trauma, the loss of my personal privacy, civil rights, 2 ingrown toe nails

## CONCLUSION

Based on the exhibits, whats mentioned in this suit, the trauma in my life, I ask this Honorable Court for the relief requested. Plaintiff also asks for a Jury trial

Respectfully Submitted

Jonathan Lee, Riches©

Jonathan Lee, Riches©
#40948-018
Federal Correctional Institution
Williamsburg
P.O. Box 340
Salters, SC 29590

**CNN PRODUCTIONS**

Exhibit

December 19, 2005

Jonathan Lee Riches   #40948-018
FCI Bennettsville
Federal Correctional Institution
P.O. Box 52020
Bennettsville, SC  29512

Dear Jonathan,

I was in Houston last week meeting with Special Agent Dunlap at the FBI.

You are clearly one of the best. You know it and the FBI knows it. So I'm planning to include you and your case in our one-hour program on Identity Theft.

I'm writing, again, to ask for an interview with you.

With your expertise, having you in our program would go a long way to educating the public about Identity Theft. If you're still trying to get the FBI's attention, I don't see how this could hurt. And who knows?  I've seen people in your situation testify before Congress.

We interviewed Jason several weeks ago. But as much as anything, I want to tell your story.

Please write me and let me know your decision.

Sincerely,

*Andy Segal*
Andy Segal
Senior Producer

CNN Productions   6-South
One CNN Center
Atlanta, GA  30303

Related Case Information

6. Preston Gray, a juvenile at the time of the instant offense, was charged and convicted of engaging in organized criminal activity, in the 174th District Court of Harris County, Houston, Texas, under Cause No. 0940268, and received 5 years probation, on August 20, 2003.

The Offense Conduct

7. Information for this section of the report was obtained from a review of the investigative files of the United States Attorney's Office and the Federal Bureau of Investigation (FBI). Case agents with the FBI and Harris County Sheriff's Office were also interviewed.

8. In November 2001, a Harris County constable began monitoring suspicious mail deliveries to a vacant house on Village Trail in the northwest area of Houston, Texas. By early summer of 2002, the FBI was contacted and an investigation was initiated which identified Jason Carpenter, previously handled by the FBI, as the recipient of the packages and mail addressed to various names at the Village Trail address.

9. On August 8, 2002, Jason Carpenter contacted the FBI, unaware that he was under investigation, and reported Jonathan Riches was involved in credit card and identity fraud. In a subsequent interview with the FBI, Carpenter admitted he was also involved and acted as a broker for stolen credit card and identity information. Carpenter advised he obtained the stolen information through Preston Gray in Dallas, Texas. Carpenter then provided the information to Jonathan Riches through e-mail correspondence. The stolen credit card and identity information was sufficient to either establish new credit card accounts or alter current accounts by changing the cardholder's billing address to an address controlled by the conspirators. Carpenter provided FBI agents with records containing credit card and personal identifying information of 637 individuals to include names, social security numbers, dates of birth, addresses, telephone numbers, card banks, card types, card numbers and expiration month and year. An additional 13 individuals' names with addresses and social security numbers were provided. Carpenter also gave FBI agents seven illegally obtained credit cards which he had applied for using the name and identifiers of others.

10. FBI agents corroborated Carpenter's statements through analysis of his computer hard drives. Additionally, in a recorded telephone conversation on November 1, 2002, between Carpenter and Jonathan Riches, it was learned that Jonathan Riches was attempting to obtain his own software to make fraudulent identifications. By the end of November 2002, Carpenter had stopped meeting with the FBI. The investigation later determined that during Carpenter's brief period of cooperation with the FBI, Carpenter continued to engage in the fraud scheme. FBI agents theorize that Carpenter initially reported Jonathan Riches out of anger, because Jonathan Riches was realizing far greater profits and not sharing those profits with Carpenter.

11. The investigation revealed that beginning some time prior to February 2002, Carpenter met Preston Gray, a juvenile during the time of the conspiracy, on-line in a chat room. Gray

4

Ex.G.1

03-19-2007
07-IF-1077

WIL 1330.13A
Administrative Remedy
October 17, 2006

Attachment A

## DOCUMENTATION OF INFORMAL RESOLUTION ATTEMPT

Bureau of Prisons Program Statement 1330.13, <u>Administrative Remedy Program</u>, (December 22, 1995), requires, in most cases, that inmates attempt informal resolution of grievances prior to the filing a formal written complaint. This form will be used to document your efforts toward informally resolving your grievance. For the ens legis Entity JONATHAN LEE RICHES

Inmate Name: Jonathan Lee, Riches©  Reg. No.: [40948-018]  Unit: 1BC

Specific Complaint and Requested Relief: I will address contractual complaint; under Federal House Bill 1059 and S.C. Code Ann § 23-3-430 "Megan's law", convicted child molesters pose a "clear and present danger to all children". Further, forbidden in "Areas where minors/children congregate" FCI Williamsburgs visitation is in violation of child molesters laws, as the visitation Room is clearly a public place where families children congregate. Me as having siblings and nephews under

Efforts Made by Staff to Informally Resolve Grievance (be specific): _____

I sent BP-A148.055 cop outs to Captain, Warden without a Response

Comments: _____

_____ 3-19-07        _____ 3-19-07
Correctional Counselor Review / Date    Unit Manager Review / Date

_____ 3-15-07
Inmate Signature / Date
U.C.C 1-308
Without Recourse

Exhibit

# FEDERAL CORRECTIONAL INSTITUTION
# WILLIAMSBURG, SOUTH CAROLINA
# PART B - RESPONSE TO REQUEST FOR INFORMAL RESOLUTION ATTEMPT

**RICHES, Jonathan**
**Reg. No: 40948-018**
**UNIT 1BL**
**06-IF-1077**

**SUBJECT:** Convicted Child Molesters

On March 15, 2007, you filed an informal resolution attempt. You claim, FCI Williamsburg visitation is in violation of child molesters laws. Also, you stated the visiting room is clearly a public place where families and children congregate. You stated, you have siblings and nephews under the age of eighteen, that you intend to add on your visiting list.

The Bureau of Prisons shall not discriminated against inmates on the basis of race, religion, national origin, sex, disability, or political belief (P.S. 1040.03). Due to the sensitive nature of your request, the Bureau of Prisons is unable to provide you with the information you requested. This information is exempt from disclosure under the Privacy Act. It should be noted that the safety of every inmate at this institution is covered under such Act.

However, the Bureau of Prisons specifically must notify State/Local law enforcement and Sex Offender Registration Officials at least five calendar days prior to an inmate's release who have been convicted of certain sexual offenses (P.S. 5141).

If you are not satisfied with this decision, you may appeal to the Warden on an Administrative Remedy Form BP-229

_____          3-19-07
C. Ethridge, Correctional Counselor        Date

_____          3-19-07
J. Corzo, Unit Manager            Date

Exhibit

Response to Attempt at Informal Resolution

TO: RICHES, Jonathan #40948-018

This is in response to your request for attempt at informal resolution received on May 8, 2006. You state in your complaint that you feel you are being subjected to infectious diseases by being pat searched by officers who do not change gloves before completing the pat search.

In the program statement for searches of inmates and their property, it is not mandated that officers wear or change gloves when conducting pat searches of inmates. Pat searches of inmates are conducted for the security and orderly running of the institution.

Furthermore on your Inmate Request To Staff you were spoken to by Lieutenant Moreno on this issue, and signed stating you were satisfied with the response you were given by Lieutenant Moreno.

In the event you are not satisfied with this response, you have the right to continue your request for administrative remedy by filing a BP-229(13) to the Warden.

_P. Powells_____   May 15, 2006
P. Powells, Counselor

Exhibit

Rcvd 5-8-06

WIL 1330.13
October 17, 2004

ATTACHMENT A

# FEDERAL CORRECTIONAL INSTITUTION, WILLIAMSBURG, SOUTH CAROLINA
## REQUEST FOR ADMINISTRATIVE REMEDY
## ATTEMPT AT INFORMAL RESOLUTION

** TO BE COMPLETED BY INMATE **

**Inmate Name:** Jonathan Lee, Riches (c)

**Register No.:** [40948-018] For the ens legis entity JONATHAN LEE RICHES

**Unit:** 1BL

1. State, briefly, the complaint - include all details and facts to support the complaint and request:
Guards at FCI Williamsburg are spreading infectious diseases via their hands. During pat down searches (outside chow hall), cell searches, guards are wearing the same pair of gloves touching multiple inmates with, some guards wear personal gloves which who knows what they handle outside the prison with i.e. chemicals, garage items, etc, and some guards don't wear gloves at all. Inmates have feces, dried blood, sweat, urine, etc on their clothes, guards give a complete pat down, pockets, sometimes touching skin, and not changing gloves before they touch the next inmate. This is unsanitary, unsafe. This is a Bio hazard issue, the infectious diseases during pat down searches lingers on guards gloves, touching the next inmate in line. Inmates are put in a position, if they don't comply →

2. What actions do you wish to be taken to correct the situation:
I have no problem being searched at any given time, however to protect myself and guards from diseases, I ask the guards put on a fresh pair of gloves when handling me or my property. The CDC #1 spread of diseases is through the hands. If a guard touches 50 people with the same pair of gloves, I don't want their germs infecting me.

3. Indicate below the efforts made to resolve the matter: (Be specific but brief and include names of staff contacted to attempt resolution).
I ask every guard before touching me to put a fresh pair of gloves on, none complies. I wrote a copout to the warden addressing this issue, I was brought to the Lt's office (spoke with Lt Munino) who coerced me into thinking its not a issue, I signed the cop out that the issued was resolved. I was under duress, thinking possible shu confinement for my whistle blowing.

** TO BE COMPLETED BY STAFF ONLY **

---

Indicate below the efforts made to resolve the matter: (Be specific but brief and include names of staff contacted to attempt resolution). Attach any pertinent documentation related to the inmate's complaint to the back of this form.

_____  _____  _____  _____
Counselor                Date                    Inmate                  Date


_____  _____
Unit Manager             Date