## CIVIL COVER SHEET FOR A PRISONER CASE

JUDGE _____        DIVISION _____
MAG. JUDGE _____ REFER ____ (Y/N)   IFP _____ FEE PAID _____
DATE FILED _____        WBH  PREVIOUS CASES ____ (Y/N)

NAME Jonathan Lee Riches   I.D. # _____
PRO SE ✓    ATTORNEY _____
PLACE OF INCARCERATION Federal Correctional Institution
CITY/STATE Salters, SC        COUNTY _____

| JURISD. | NOS | CAUSE | DESCRIPTION |
|---|---|---|---|
| 3 | 530 | ___ 28:2254 | Habeas action by a State prisoner challenging state conviction or sentence. |
| 3 | 535 | ___ 28:2254d | Habeas action by a State prisoner under a DEATH sentence. ___ SEND TO DISTRICT JUDGE. |
| 3 | 530 | ___ 28:2241st | Habeas action by a State prisoner or detainee challenging matters other than conviction or sentence (e.g., parole revocation, loss of good time credit, etc.). |
| 2 | 530 | ___ 28:2241fd | Habeas action by a Federal prisoner or detainee challenging matters other than conviction or sentence (e.g., parole revocation, loss of good time credit, etc.). |
| 3 | 550 | ✓ 42:1983pr | State or Federal prisoner civil rights action suing state officials not involving prison conditions. |
| 2 | 550 | ___ 28:1331pr | Prisoner civil rights action suing federal officials not involving prison conditions. (a/k/a "Bivens action"). |
| 3 | 555 | ___ 42:1983pr | State prisoner civil rights action, involving prison conditions. |
| 2 | 555 | ___ 28:1331pr | Prisoner civil rights action suing federal officials involving prison conditions. (a/k/a "Bivens action"). |
| 2 | 540 | ___ 28:1346 | Prisoner Federal Tort Claim. (against U.S.). |
| 2 | 540 | ___ 28:1361pr | Action to compel U.S. officer to perform a duty – MANDAMUS. |
| 4 | 540 | ___ 28:1332 | Any prisoner action based on diversity. |
| __ | 540 | ___ _____ | OTHER: _____ |

___ DOCKET CLERK: Place cover sheet in acco on top of docket sheet and file, and FORWARD to Mag. Judge assigned for ifp and/or frivolity determinations.

___ STAFF LAW CLERK:
___ Pauper's affidavit insufficient or no affidavit
___ Complaint or petition not signed or is incomplete
___ No copies
___ Other _____

WBH
555
42:1983pr