FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

AUG 16 2007

JAMES N. HATTEN, Clerk
[signature]
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JONATHAN LEE RICHES, | : | |
| Plaintiff, | : | PRISONER CIVIL RIGHTS |
| | : | 42 U.S.C. § 1983 |
| v. | : | |
| | : | CIVIL ACTION NO. |
| MICHAEL VICK, et al., | : | 1:07-CV-1858-WBH |
| Defendants. | : | |

## ORDER

Plaintiff, Jonathan Lee Riches, who also styles himself as "Credit Card Czar d/b/a The Nostradamus of Commerce," is presently an inmate at the Williamsburg Federal Correctional Institution ("FCI-Williamsburg") in Salters, South Carolina. This is not the first federal complaint that Plaintiff has filed. According to the records of the federal courts, Plaintiff has filed fifteen federal lawsuits in fourteen different federal courts. The Defendants in these actions have included George Bush, Malcom X, Vanna White, Jimmy Hoffa, Google.com, Pope Benedict, XVI, Adolph Hitler's National Socialist Party, Green Bay's Lambeau Field, the Ming Dynasty, the Statue of Liberty, Michelangelo, the Hubble Telescope, the Magna Carta, Tsunami Victims, Meals on Wheels, Plato, Christopher Reeves' Widow, the Tenth Edition of the Merriam Webster Dictionary, the Appalachian Trail, and Tony Danza. Plaintiff has been the subject of various media reports, and his litigious behavior is clearly another effort at self-promotion.

According to 28 U.S.C. § 1915(g), a prisoner is prohibited from bringing a civil action in federal court in forma pauperis "if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."

The aforementioned records of the federal courts indicate that at least three of Plaintiff's prior suits were dismissed prior to service of process as frivolous pursuant to 28 U.S.C. § 1915. See Riches v. Guantanamo Bay, Case No. 2:07-CV-13041-VAR (E.D. Mich., Order of Aug. 8, 2007); Riches v. Bureau of Prisons, Case No. 6:06-CV-00194-MBS (D.S.C., Order of Mar. 17, 2006); Riches v. Doe, Case No. 1:07-CV-20042-FAM (S.D. Fla., Order of Jan. 24, 2007). Additionally, this Court finds that none of Plaintiff's farcical assertions in the complaint, including his claim that Michael Vick threw snowballs at his car, qualify as a claim of imminent danger of serious physical injury.

According to the Eleventh Circuit, "the proper procedure is for the district court to dismiss the complaint without prejudice when it denies the prisoner leave to proceed in forma pauperis pursuant to the three strikes provision of § 1915(g). The

prisoner . . . must pay the filing fee at the time he initiates the suit." Dupree v. Palmer, 284 F.3d 1234, 1236 (11th Cir. 2002). Accordingly,

**IT IS THEREFORE ORDERED** that the instant action is hereby **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(g).

**IT IS SO ORDERED** this _16_ day of _August_, 2007.

_____
WILLIS B. HUNT, JR.
SENIOR UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)