### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| JONATHAN LEE RICHES, | |
| Plaintiff, | CIVIL ACTION FILE |
| v. | NO. 1:07-cv-1858-WBH |
| MICHAEL VICK, et. al., | |
| Defendants. | |

## J U D G M E N T

This action having come before the court, Honorable Willis B. Hunt, Jr., United States District Judge, for a frivolity determination, it is

**Ordered and Adjudged** that this action be **DISMISSED WITHOUT PREJUDICE** pursuant to the three strikes provision of 28 U.S.C. §1915(g).

Dated at Atlanta, Georgia this 16th day of August, 2007.

JAMES N. HATTEN
CLERK OF COURT

By:  s/Amanda Querrard
        Deputy Clerk


Prepared, Filed and Entered
In the Clerk's Office
    August 16, 2007
James N. Hatten
Clerk of Court

By:s/Amanda Querrard
        Deputy Clerk